**REQUIRED STATEMENT**
**TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

Debtor   Alma Guerrero,                              Case No   21-07736          Chapter   7
Moving Creditor   U.S. Bank National Association    Date Case Filed   June 23, 2021

Nature of Relief Sought:   ☒ Lift Stay    ☐ Annul Stay    ☐ Other (describe): __

**Chapter 7**
☐ No-Asset Report Filed on  _____
☒ No-Asset Report not Filed, Date of Creditors Meeting   September 20, 2021

1. Collateral
   a.   ☒ Home
   b.   ☐ Car _____
   c.   ☐ Other (describe)_____

2. Total Debt Owed as of September 20, 2021 $131,530.60
   Total of all other Liens against Collateral $0.00 (per debtor's schedule)

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the Debtor post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $106,666.50 (per Debtor's Schedules)

5. Default
   a.   ☒ Contractual Default
        Number of months 12    Amount $17,833.94

   b.   ☐ Post-Petition Default
        i.   ☐ On direct payments to the moving creditor
             Number of months _____   Amount $_____
        ii.  ☐ On payments to the Standing Chapter 13 Trustee
             Number of months _____   Amount $_____

6. Other Allegations
   a.   ☐ Lack of Adequate Protection § 362(d)(1)
        i.    ☐ No insurance
        ii.   ☐ Taxes unpaid  Amount $ _____
        iii.  ☐ Rapidly depreciating asset
        iv.   ☐ Other (describe) _____

   b.   ☒ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c.   ☒ Other "Cause" § 362(d)(1)
        i.    ☐ Bad Faith (describe) __
        ii.   ☐ Multiple Filings
        iii.  ☒ Other (describe) Material payment default

   d.   Debtor's Statement of Intention regarding the Collateral
        i.   ☐ Reaffirm   ii. ☐ Redeem   iii. ☐ Surrender   iv. ☒ Statement of Intention is Blank

Date: October 6, 2021        Submitted By:    /s/Kinnera Bhoopal
                                              _____
                                              ARDC# 6295897
                                              McCalla Raymer Leibert Pierce, LLC